UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MACKEY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>RON BROOMFIELD, et al.,<br><br>　　　　Defendants. | Case No. 22-cv-04341 BLF (PR)<br><br>**JUDGMENT** |

　　　The Court has dismissed the instant action as duplicative.  Judgment is entered accordingly.

　　　The Clerk shall close the file.

　　　**IT IS SO ORDERED.**

**Dated:** ___April 27, 2023_____　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Judgment
PRO-SE\BLF\CR.22\04341Mackey_judgment